DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASAP RESTORATION AND CONSTRUCTION, INC.,**
a/a/o **SUZANNE CASEY,**
Appellant,

v.

**TOWER HILL SIGNATURE INSURANCE COMPANY,**
Appellee.

No. 4D17-2581

[May 31, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 50-2012-CA-019785-XXXX-MB.

Gray Proctor of Fox & Loquasto, P.A., Orlando, and Vanessa Valdes of Militzok & Levy, P.A., Hollywood, for appellant.

Scot E. Samis and Jonathan S. Tannen of Traub Lieberman Straus & Srewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***